178 F.2d 403
 83 U.S.P.Q. 533
 UNIQUE ART MANUFACTURING COMPANY, Inc., Plaintiff-Appellant,
v.
T. COHN, Inc., Defendant-Appellee.
 No. 85, Docket 21363.
 United States Court of Appeals,
Second Circuit.
 Argued Dec. 8, 1949.
Decided Dec. 20, 1949.
 
 Dean, Fairbank & Hirsch, New York City (Morris Hirsch and A. B. Colwin, New York City, of counsel), for appellant.
 Moch & Blum, Neu York City (Ashur Blum, New York City, of counsel), for appellee.
 Before L. HAND, SWAN and FRANK, Circuit Judges.
 PER CURIAM.
 
 
 1
 Decree affirmed, 81 F.Supp. 742, on the authority of the following decisions of the Second Circuit: Crescent Tool Co. v. Kilborn & Bishop Co., 247 F. 299; Shredded Wheat Co. v. Humphrey Cornell Co., 250 F. 960; Cheney Bros. v. Doris Silk Corp., 35 F.2d 279; A. C. Gilbert Co. v. Shemitz, 45 F.2d 98, 100; Electric Auto-Lite Co. v. P. & D. Mfg. Co., Inc., 109 F.2d 566; California Apparel Creators v. Wieder of California, 162 F.2d 893, 174 A.L.R. 481; Lucien Lelong, Inc. v. Lander Co., 164 F.2d 395; S. C. Johnson & Sons v. Johnson, 175 F.2d 176.